UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-61666-RKA

**DON SMITH**, *et al.*,

    *Appellants*,

*v.*

**SONYA S. SLOTT**,

    *Appellee.*

_____/

## ORDER OF CONSOLIDATION

The Federal Rules provide that, when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." FED. R. CIV. P. 42(a). Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. Case Numbers 23-cv-61423-RKA and 23-cv-61340-RKA are hereby **CONSOLIDATED** into Case Number 22-cv-61666-RKA.

2. Case Numbers 23-cv-61423-RKA and 23-cv-61340-RKA shall be administratively **CLOSED**. All future filings shall be made under *Smith et al. v. Slott et al.*, No. 22-cv-61666-RKA.

3. Any pending motions in Case Numbers 23-cv-61423-RKA and 23-cv-61340-RKA are **DENIED AS MOOT**. If any party wants its motion heard, it must refile that motion in *Smith et al. v. Slott et al.*, No. 22-cv-61666-RKA.

4. The Clerk of Court shall docket this Order in the following cases:

    a. *Smith et al. v. Slott et al.*, No. 22-cv-61666-RKA.

    b. *Smith v. Slott*, 23-cv-61423-RKA

    c. *Raw Material Corp. et al. v. Slott*, 23-cv-61340-RKA

**DONE AND ORDERED** in the Southern District of Florida on October 18, 2023.

                                             _____
                                             **ROY K. ALTMAN**
                                             **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record